UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, the CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK, and the NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS,

Petitioners,

-against-

A&M MANAGEMENT CORP.,

Respondent.

22 CV 5691

**ORDER AND JUDGMENT**

---

The Petitioners having filed a petition to confirm an arbitration award ("Petition"), and the action having come before the Court, and the Court having considered the same and ordered entry of judgment in favor of Petitioners, now, therefore:

IT IS ORDERED AND ADJUDGED that the Petition is granted, the April 8, 2022 arbitration award ("Award") is confirmed, and judgment is entered in favor of the Petitioners and against Respondent as follows:

1. Confirming the Award in all respects;

2. Ordering Respondent to make available its books and records for an audit covering April 20, 2015 through the present within thirty (30) days, with costs of the audit to be borne by the Respondent;

3. Awarding Petitioners $741,924.38 pursuant to the Award, plus interest at the rate of 5.5% on the principal delinquency of $524,563.20, from April 8, 2022 through date of judgment;

4. Awarding Petitioners $931.50 in attorneys' fees and $77 in costs arising out of this proceeding; and

5. Awarding Petitioners post-judgment interest at the statutory rate.

Dated: New York, New York
August 9, 2022

By: _____
Alvin K. Hellerstein
U.S.D.J.